```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney                    MADE JS-6
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER M. RESNIK
    Assistant United States Attorney
 6  Asset Forfeiture Section
    (Cal. State Bar # 233634)
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6595
 9       Facsimile: (213) 894-7177
         E-mail: jennifer.resnik@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV 10-1816-GW (RCx) |
|         Plaintiff, ) | |
| v. ) | **CONSENT JUDGMENT OF FORFEITURE** |
| THIRTY (30) CEMETERY PLOTS ) AND TWENTY (20) ) MONUMENTS/PLAQUES LOCATED AT ) ROSE HILLS MEMORIAL PARK AND ) MORTUARY, ) | |
|         Defendant. ) | |
| JOSEPH WAI-MAN WU and MAY ) YIM-MAN WU, ) | |
|         Claimants. ) | |

This action was filed on March 12, 2010. Notice was given and published in accordance with law. Claimants Joseph Wai-Man Wu and May Yim-Man Wu ("Claimants") filed the only claims to the

1  defendants thirty cemetery plots and 20 monuments/plaques located
2  at Rose Hills Memorial Park and Mortuary, described more
3  particularly below (collectively "defendants").  No other
4  statements of interest or answers have been filed, and the time
5  for filing such statements of interest and answers has expired.
6  Plaintiff and Claimants have reached an agreement that is
7  dispositive of the action.  The parties hereby request that the
8  Court enter this Consent Judgment of Forfeiture.
9      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
10     A.   This Court has jurisdiction over this action
11 pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties
12 hereto.
13     B.   The Complaint for Forfeiture states a claim for
14 relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).
15     C.   Notice of this action has been given in accordance
16 with law.  All potential claimants to defendants other than
17 Claimants are deemed to have admitted the allegations of the
18 Complaint.  The allegations set out in the Complaint are
19 sufficient to establish a basis for forfeiture.
20     D.   The United States of America shall have judgment
21 as to all defendants, which are more specifically described as
22 follows, and no other person or entity shall have any right,
23 title or interest therein:

| Grave | Lot/Tier | Section | Name |
|---|---|---|---|
| 1 | 2116 | 2 | Garden of Gratitude |
| 2 | 2116 | 2 | Garden of Gratitude |
| 3 | 2115 | 2 | Garden of Gratitude |
| 4 | 2115 | 2 | Garden of Gratitude |

| | | | |
|---|---|---|---|
| 1 | 2757 | 4 | Inspiration Meadow |
| 2 | 2756 | 4 | Inspiration Meadow |
| 3 | 2756 | 4 | Inspiration Meadow |
| 4 | 2756 | 4 | Inspiration Meadow |
| 1 | 207 | 3 | Shoreline Terrace Monument Wall |
| 2 | 207 | 3 | Shoreline Terrace Monument Wall |
| 1 | 208 | 3 | Shoreline Terrace Monument Wall |
| 2 | 208 | 3 | Shoreline Terrace Monument Wall |
| 1 | 209 | 3 | Shoreline Terrace Monument Wall |
| 2 | 209 | 3 | Shoreline Terrace Monument Wall |
| 1 | 221 | 4 | Shoreline Terrace Monument Wall |
| 2 | 221 | 4 | Shoreline Terrace Monument Wall |
| 1 | 222 | 4 | Shoreline Terrace Monument Wall |
| 2 | 222 | 4 | Shoreline Terrace Monument Wall |
| 1 | 210 | 3 | Shoreline Terrace Monument Wall |
| 2 | 210 | 3 | Shoreline Terrace Monument Wall |
| 1 | 211 | 3 | Shoreline Terrace Monument Wall |
| 2 | 211 | 3 | Shoreline Terrace Monument Wall |
| 1 | 212 | 3 | Shoreline Terrace Monument Wall |
| 2 | 212 | 3 | Shoreline Terrace Monument Wall |
| 1 | 219 | 4 | Shoreline Terrace Monument Wall |
| 2 | 219 | 4 | Shoreline Terrace Monument Wall |
| 1 | 220 | 4 | Shoreline Terrace Monument Wall |
| 2 | 220 | 4 | Shoreline Terrace Monument Wall |
| 4 | 2757 | 4 | Inspiration Meadow |
| 1 | 2758 | 4 | Inspiration Meadow |

The purchase contracts for each of the twenty Shoreline Terrace Monument Wall plots described above include a monument/plaque for each plot. The defendant twenty monuments/plaques consist of the monuments/plaques purchased with the Shoreline Terrace plots.

The United States of America shall proceed to dispose of the defendants in accordance with law.

E.  Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of DHS from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

F.  The court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

///

///

///

1          G.   The Court further finds that Claimants did not
2  substantially prevail in this action, and each side shall bear
3  its own attorneys' fees and other costs of litigation.

Dated: February 23, 2012

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

<u>CONSENT</u>

    The parties hereto consent to entry of this judgment and waive any right of appeal.

Dated: February 21, 2012          ANDRÉ BIROTTE JR.
                                  United States Attorney
                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section


                                   <u>/s/ Jennifer M. Resnik</u>
                                  JENNIFER M. RESNIK
                                  Assistant United States Attorney
                                  Asset Forfeiture Section

                                  Attorneys for Plaintiff
                                  United States of America

DATED: February 21, 2012


                                   <u>/s/   John Yzurdiaga</u>
                                  JOHN YZURDIAGA

                                  Attorney for Claimants
                                  JOSEPH WAI-MAN WU and
                                  MAY YIM-MAN WU